PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | **FILED**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT ARKANSAS |
| ) | |
| vs. ) | SEP 30 2015 |
| ) | JAMES W. McCORMACK, CLERK |
| Bertha Lee Griffin ) | By: _____ |
| ) Case No. 0860 4:14CR00010 | DEP CLERK |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Bertha Lee Griffin____, have discussed with ____Kyona Stubbs____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The condition of mental health treatment. The defendant contacted pretrial services requesting mental health treatment. The defendant feels mental health treatment is needed.

The defendant has been supervised since April 7, 2014. The Assistant United States Attorney has been notified of this request for modification and has expressed no objections. The defendant's attorney, Misty Borkowski, has no objections.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 8-21-15     _[signature]_ 8/21/15
Signature of Defendant   Date     Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel     Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on  9-16-15  .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_     9-30-15
Signature of Judicial Officer     Date

PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Bertha Lee Griffin ) | Case No.   0860 4:14CR00010 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Bertha Lee Griffin_____, have discussed with _____Kyona Stubbs_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The condition of mental health treatment. The defendant contacted pretrial services requesting mental health treatment. The defendant feels mental health treatment is needed.

The defendant has been supervised since April 7, 2014. The Assistant United States Attorney has been notified of this request for modification and has expressed no objections. The defendant's attorney, Misty Borkowski, has no objections.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   8-21-15        _____   8/21/15
Signature of Defendant       Date            Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                   9/16/15
Signature of Defense Counsel                              Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on  9-16-15 .
☐ The above modification of conditions of release is not ordered.

_____                                   9.30.15
Signature of Judicial Officer                             Date